DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Frank Toledo<br><br>Defendant(s). | Criminal No.   19-498 (KSH)<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant  Frank Toledo                               .

Date:   August 3, 2022

PHILIP R. SELLINGER
United States Attorney

By:   Thomas S. Kearney
        Assistant U.S. Attorney