DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Frank Toledo<br><br>Defendant(s). | Criminal No.  0312 2:19CR00498-1<br><br>**SENTENCING SUBMISSION NOTICE OF DEFENDANT** |

Please be advised that, on this date, defendant Frank Toledo submitted sentencing materials to the Court in this case.

Date:   August 15, 2022

By:   s/Dennis S. Cleary, Esq.