LAW OFFICE
# Dennis S. Cleary LLC

DENNIS S. CLEARY

80 MAIN STREET, SUITE 580
WEST ORANGE, NJ 07052

PHONE (973) 325-0066

FAX (973) 325-0077

EMAIL: dc@clearydefense.com

October 19, 2022

Honorable Katharine S. Hayden, U.S.D.J
United States Court for the District of New Jersey
50 Walnut Street
Newark, N.J. 07102

Re: U.S. v. Frank Toledo 19-498

Dear Judge Hayden:

    My client has received a notice of Voluntary Surrender for November 1, 2022. I am respectfully requesting a one to two week extension so that my client can make travel and childcare arrangements. The Government has no objection to this request,

    If this presents a problem to the Court, please do not hesitate to contact me.

    Thank you.

Very truly yours,

Dennis S. Cleary, Esq.